**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:                                                                CASE NO. 20-10554-BKC-EPK
                                                                              CHAPTER 13
POLLY ANN SPATES-TOWNS
_____/

## DEBTOR'S OBJECTION TO NOTICE OF POST PETITION MORTGAGE FEES
### [FILED April 3, 2020]

**COMES NOW** the Debtor, Polly Ann Spates-Towns, through undersigned counsel, and objects to the Notice of Post Petition Mortgage Fees filed by U.S. Bank National Association and in support thereof states as follows:

1. On January 16, 2020 the Debtor filed a voluntary petition for relief under Chapter 13 of Title 11, United States Code.

2. The creditor, U.S. Bank National Association, is being paid its arrears and regular payment through the Debtor's Chapter 13 Plan.

3. On April 3, 2020 the creditor filed a Notice of Post Petition Mortgage fees, expenses, and charges asserting fees of $700.00 for the filing of a Proof of Claim, $250.00 for Plan review, $250.00 for POC 410A fee and $550.00 for Objection to Confirmation.

4. The above-referenced fees totaling $1,750.00 are excessive and unreasonable and should be disallowed and removed from the Debtor's mortgage balance.

WHEREFORE, the Debtor prays that the Court grants this Objection to the Post Petition fee charges of $1,750.00 for the filing of a Proof of Claim, Plan review, POC 410A fee and Objection to Confirmation, and such other and further relief as the Court may deem just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to all parties listed on the mailing matrix below, in the manner noted therein, this 6th day of April, 2020.

LF-70 (rev. 12/01/09)

Dated: <u>April 6, 2020</u>

LAW OFFICES OF MICHAEL H. JOHNSON
Attorneys for Debtor(s)
3601 W. Commercial Blvd., Suite 31
Ft. Lauderdale, FL 33309
(954) 535-1131

By: <u>/s/ Michael H. Johnson</u>
    Michael H. Johnson
    Florida Bar No. 0149543

**SERVICE LIST:**

**VIA CM/ECF:**
Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

Keith S Labell on behalf of Creditor U.S. Bank National Association, as Trustee for Asset Backed Funding Corporation Asset Backed Certificates, Series 2006 HE1
klabell@rasflaw.com, klabell@rasflaw.com

**VIA U.S. MAIL:**
U.S. Bank National Association
c/o PHH Mortgage Corporation
POB 24605
West Palm Beach, FL 33416
ATTN: Bankruptcy Dept.

LF-70 (rev. 12/01/09)