# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# WEST PALM BEACH DIVISION

IN RE:                                              CASE NO.: 20-10554-EPK
                                                                 CHAPTER 13

Polly Ann Spates-Towns,
aka Polly Ann Towns
    Debtor.
_____/

## RESPONSE TO DEBTOR'S OBJECTION TO NOTICE OF POST PETITION MORTGAGE FEES [FILED APRIL 3, 2020]

**COMES NOW,** U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ASSET BACKED FUNDING CORPORATION ASSET BACKED CERTIFICATES, SERIES 2006 HE1 ("Secured Creditor"), by and through its undersigned attorney, hereby files its Response to Debtor's Objection to Notice of Post Petition Mortgage Fees [Filed April 3, 2020] ("Objection") (DE #31), and in support thereof states as follows.

1. Debtor, Polly Ann Spates-Towns ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on January 16, 2020.

2. Secured Creditor holds an interest in Debtor's real property located at 430 E Ilex Dr, West Palm Beach, FL 33403.

3. Secured Creditor filed its Proof of Claim, on February 18, 2020, as Claim Number 7-1 and subsequently filed its Postpetition Mortgage Fees, Expenses, and Charges on April 3, 2020.

4. Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), a proof of claim (and, by extension, supplemental proof of claim) executed and filed in accordance with the

Bankruptcy Rules "shall constitute prima facie evidence of the validity and amount of the claim."

5. On April 6, 2020, Debtor filed an Objection, asserting allegations opposing Secured Creditor's claim.

6. Debtors will not be prejudiced by allowing the Notice of Postpetition Mortgage Fees, Expenses, and Charges to stand as timely filed. All amounts stated are reasonable and permitted by the loan documents. The $250.00 for the Plan Review and $550.00 for Plan Objection is more than reasonable. Additionally, this is an acceptable amount for a Plan Review pursuant to the customs and practices in Florida. Due to new rules and time restraints of filing a Proof of Claim timely along with amount of time and detail, the $700.00 and $250.00 preparation of the 410A pay history is reasonable and acceptable because counsel is required to review payment histories, assemble payment information, and totals under numerous categories from date of default.

7. Secured Creditor Notice of Postpetition Mortgage Fees, Expenses, and Charges is neither incorrect nor improper as filed.

8. Secured Creditor reserves the right to supplement its Response to Debtor's Objection at any time before or at the hearing.

**WHEREFORE,** Secured Creditor respectfully requests that this Honorable Court allows Secured Creditor's Notice of Postpetition Mortgage Fees, Expenses, and Charges as filed so as to preserve Creditor's Claim, and for such other and further relief as the Court may deem just and proper.

        ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
        Attorney for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-241-1969

        By: /s/ Ashley French
        Ashley French, Esquire
        Email: afrench@rasflaw.com
        Florida Bar No. 107296

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 21, 2020, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

Polly Ann Spates-Towns
430 East Ilex Dr.
Lake Park, FL 33403

Michael H. Johnson
3601 W. Commercial Blvd. #31
Ft. Lauderdale, FL 33309

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

U.S. Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

        ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
        Attorney for Secured Creditor
        6409 Congress Ave., Suite 100
        Boca Raton, FL 33487
        Telephone: 561-241-6901
        Facsimile: 561-241-1969

        By: /s/ Ashley French
        Ashley French, Esquire
        Email: afrench@rasflaw.com
        Florida Bar No. 107296